# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| OSCAR OROSCO, | § § § | |
| Plaintiff | § § | |
| V. | § § | CASE NO. 4:14CV797 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | Judge Mazzant/Judge Bush |
| Defendant | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 18, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be **REMANDED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is, therefore, **ORDERED** that the decision of the Administrative Law Judge is **REMANDED**.

**It is SO ORDERED.**

**SIGNED this 16th day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE